RECEIVED
IN LAKE CHARLES, LA

SEP 13 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WILFRED DAN CARTER** | : | **DOCKET NO. 2:05 CV 0438** |
| VS. | : | JUDGE MINALDI |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND UNITED STATES COPRS OF ENGINEERS** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion to Dismiss [doc.6] filed by the United States IS GRANTED WITHOUT PREJUDICE.

Lake Charles, Louisiana, this ___ day of September, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE